# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Emanuel Jackson<br>DOB: xx/xx/xxxx<br>PDID: xxxxxx<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:21-mj-00115<br>Assigned to: Judge Meriweather, Robin M<br>Assign Date: 1/18/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (a) | - Assaulting an Officer of the United States |
| 18 U.S.C. §§ 111 (a) and (b) | - Assaulting an Officer of the United States with a deadly or dangerous weapon |
| 18 U.S.C. § 1512(c)(2) | - Obstruction of an Official Proceeding |
| 18 U.S.C. §§ 1752 (a) and (b) | - Unlawful Entry and Physical Violence on Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | - Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Riley Palmertree, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/18/2021                                      2021.01.18 22:55:15 -05'00'
*Judge's signature*

City and state: Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*