## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **No. 21-MJ-115 (RMM)** |
| | : | |
| | : | |
| **EMANUEL JACKSON,** | : | |
| **Defendant.** | : | |

### CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

Defendant Emanuel Jackson, by and through undersigned counsel, and the USAO respectfully move this Court to continue the preliminary hearing currently scheduled for Friday, January 29, 2021.

In support of the motion, counsel states the following:

1. Mr. Jackson's case is scheduled for a preliminary hearing on Friday, January 29, 2021.

2. Counsel requests that the matter be continued until February 26, 2021.

3. The United States Attorney's Office consents to a continuance of the preliminary hearing.

4. Counsel submits that the time between now and the next hearing shall be excluded pursuant to the Speedy Trial Act.

WHEREFORE, Mr. Jackson respectfully requests that the Court continue the preliminary hearing scheduled for January 29, 2021.

Respectfully submitted,

/s/ Brandi Harden
Brandi Harden, Esq.
Counsel for Emanuel Jackson
Bar No. 470-706
Harden & Pinckney, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004

202.390.0374
bharden@hardenpinckney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, I caused a copy of the foregoing motion to be served

on counsel of record via ECF.

/s/ Brandi Harden

_____

Brandi Harden, Esq.