# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :  No. 21-MJ-115 (GMH/RMM) |
| | : |
| | : |
| **EMANUEL JACKSON,** | : |
|     **Defendant.** | : |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

Defendant Emanuel Jackson, by and through undersigned counsel, and the USAO respectfully move this Court to continue the preliminary hearing currently scheduled for Friday, February 26, 2021.

In support of the motion, counsel states the following:

1. Mr. Jackson's case is scheduled for a preliminary hearing on Friday, February 26, 2021.

2. Counsel has a medical procedure on February 26, 2021, and will be unavailable to appear at the hearing.

3. Counsel has spoken to AUSA Scarpelli, and the parties' request to continue the hearing for one week until March 5, 2021.

4. The United States Attorney's Office consents to a continuance of the preliminary hearing.

5. Counsel submits that the time between now and the next hearing shall be excluded pursuant to the Speedy Trial Act.

WHEREFORE, Mr. Jackson respectfully requests that the Court continue the preliminary hearing scheduled for February 26, 2021.

                                                            Respectfully submitted,

                                                            /s/ *Brandi Harden*

                                                Brandi Harden, Esq.  
                                                Counsel for Emanuel Jackson  
                                                Bar No. 470-706  
                                                Harden & Pinckney, PLLC  
                                                400 7th Street NW, Suite 604  
                                                Washington, DC 20004  
                                                202.390.0374  
                                                bharden@hardenpinckney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ *Brandi Harden*
_____
Brandi Harden, Esq.