# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | No. 21-MJ-115 (RMM) |
| : | |
| EMANUEL JACKSON, : | |
|    Defendant. : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

Emanuel Jackson, by and through undersigned counsel, and the United States Attorney's Office (USAO) respectfully move this Court to continue the preliminary hearing currently scheduled for March 5, 2021.

In support of the motion, counsel states the following:

1. Mr. Jackson's case is scheduled for a preliminary hearing on Friday, March 5, 2021.

2. There are outstanding issues related to Mr. Jackson's case, that the parties are currently addressing.

3. As such, the parties request that the Court continue the preliminary hearing to April 9, 2021.

4. Counsel submits that it is in the interest of justice that the time between now and the next hearing shall be excluded pursuant to the Speedy Trial Act.

WHEREFORE, Mr. Jackson respectfully requests that the Court continue the preliminary hearing scheduled for February 26, 2021, to April 9, 2021.

                                                                    Respectfully submitted,

                                                                    /s/ *Brandi Harden*
                                                                    Brandi Harden, Esq.
                                                                    Counsel for Emanuel Jackson
                                                                    Bar No. 470-706
                                                                    Harden & Pinckney, PLLC


400 7th Street NW, Suite 604
Washington, DC 20004
202.390.0374
bharden@hardenpinckney.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ *Brandi Harden*
_____
Brandi Harden, Esq.