# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :   No. 21-MJ-115 (RMM) |
| | : |
| | : |
| **EMANUEL JACKSON,** | : |
| **Defendant.** | : |

## ORDER

Based on Defendant's Consent Motion to Continue the Preliminary Hearing, it is this

_____ day of March 2021,

**ORDERED** that time between today and the occurrence of the next hearing shall be excluded under the Speedy Trial Act in the interests of justice, and it is further,

**ORDERED** that Defendant's preliminary hearing shall be continued until April 9, 2021.

_____
United States Magistrate Judge
Robin M. Meriweather