UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | No. 21-MJ-115 (RMM) |
| : | |
| EMANUEL JACKSON, : | |
|    Defendant. : | |

**ORDER**

Based on Defendant's Consent Motion to Continue the Preliminary Hearing, it is this 8th day of March 2021,

**ORDERED** that the hearing scheduled for March 5, 2021 shall be continued for good cause until April 9, 2021, at 10:00 a.m. before Magistrate Judge G. Michael Harvey; it is further

**ORDERED** that the time between March 3, 2021 and March 8, 2021 shall be excluded from calculation under the Speedy Trial Act, as it was a delay resulting from a pretrial motion. 18 U.S.C. § 3161(h)(1)(D); and it is further

**ORDERED** that the time between March 8, 2021 and April 9, 2021 shall be excluded from calculation under the Speedy Trial Act, as the undersigned finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to address outstanding issues related to this matter.

                                                  _____
                                                  United States Magistrate Judge
                                                  Zia M. Faruqui